**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HARRY STYLES,<br><br>   Plaintiff,<br><br>   v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>   Defendants. | Case No. 23-cv-00137<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Harry Styles' ("Harry Styles" or "Plaintiff") Motion for Entry of a Preliminary Injunction as to Defendant Nos. 6-140 and 154-200, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction as follows against the defendants identified in Schedule A attached hereto (collectively, the "Defendants") and using the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A (collectively, the "Seller Aliases).

The Court finds that it has personal jurisdiction over the Defendants based on Plaintiff's unrebutted assertions that the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and/or funds from U.S. bank accounts, and have sold products using infringing and counterfeit versions of the

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

HARRY STYLES Trademarks to Illinois residents. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the HARRY STYLES Trademarks. See Exhibit 2 to the Declaration of Emily Holt [R. 16], which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the HARRY STYLES Trademarks. A list of the HARRY STYLES Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 5,688,195 | HARRY STYLES | For: Pre-recorded CDs, DVDs, digital audio tapes, digital audio cassettes, high definition video discs, mini-discs, video records, video tapes, video cassettes, video discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; sound, music, image, data and video recordings recorded on CDs, DVDs, digital audio tapes, digital audio cassettes, high definition video discs, mini-discs, video records, video tapes, video cassettes, video discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; multimedia productions recorded on CD, DVD, DAT, DAC, HD discs, 3D discs, mini-discs, records, tapes, cassettes, discs and flash drives, or downloadable from the Internet, all featuring music, |

| | | musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; motion picture films featuring drama, comedy, action, adventure, animation and documentaries; television films and programmes recorded on CDs, DVDs, digital audio tapes, digital audio cassettes, high definition video discs, mini-discs, video records, video tapes, video cassettes, video discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; visual recordings and audiovisual recordings featuring animations; 3D motion picture films, television films and programmes, and animations, all recorded on CDs, DVDs, digital audio tapes, digital audio cassettes, high definition video discs, mini-discs, video records, video tapes, video cassettes, video discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; radio programmes recorded on CDs, DVDs, digital audio tapes, digital audio cassettes, high definition video discs, mini-discs, video records, video tapes, video cassettes, video discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; pre-recorded recording materials used for storage and transmission of digital and analogue data, images, sounds and recordings, namely, CDs, DVDs, digital audio tapes, digital audio cassettes, high definition video |

|  |  | discs, mini-discs, video records, video tapes, video cassettes, video discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; pre-recorded audio and/or video media, CDs, CDRs, DVDs, DVDRs, DATs, DACs, HD discs, 3D discs, mini-discs, records, tapes, cassettes, discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; pre-recorded laser-read discs for reproducing, storing, transmitting and playing sound, images, music, data or video featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; pre-recorded optical-read discs for recording, reproducing, storing, transmitting and playing sound, images, music, data or video featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; pre-recorded USB flash drives for recording, reproducing, storing, transmitting and playing sound, images, music, data or video featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable media, namely, audio, image, data and video files provided from the Internet featuring |

| | | music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable audio or sound files in MP3 format; audio and/or video files in electronic format provided from the Internet featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable video files in MP4 format featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable MP4 videos featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; application software for mobile devices, tablet computers, mobile computers, handheld computers and smartphones, namely, mobile gaming and content applications for mobile devices, tablet computers, mobile computers, handheld computers and smartphones; mouse pads; downloadable digital music or sound files provided from the Internet featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable digital video, image, film and TV files and programmes provided from the Internet featuring music, musical recordings, musical performances, musical entertainers, motion picture films, |
|---|---|---|

|  |  | artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable digital video, image, film and TV files and programmes provided from MP4 web sites on the Internet featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; refrigerator magnets; downloadable electronic media in the nature of books, newsletters, magazines, periodicals and newspapers in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; publications downloaded in electronic form from the Internet in the nature of books, newsletters, magazines, periodicals and newspapers in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable electronic publications provided from databases or the Internet in the nature of books, newsletters, magazines, periodicals and newspapers in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; e-books, namely, electronic books downloadable from the Internet in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, |
|---|---|---|

|  |  | drama, comedy, action, adventure, animation and documentaries; audio books on CD, mini-disc, record, cassette, disc or flash drives in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; talking children's books; downloadable printed matter in electronic form in the nature of books, magazines, brochures, periodicals, catalogues, newsletters and newspapers, all in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable electronic publications in the nature of magazines, periodicals and newspapers in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable photographs and stills in electronic form; downloadable photographs and still images; sunglasses; eyewear; photographic and photography apparatus; photographic cameras in class 009.<br><br>For: Printed matter, namely, magazines, newspapers, newsletters, books, brochures, flyers, pamphlets, posters, decals, bumper stickers, postcards, pictures, diaries, souvenir event programs, printed event and concert tickets, printed event and printed concert VIP tickets, laminated tickets and laminated VIP tickets, calendars, photographs, signed photographs, picture books, songbooks, sheet music, cardboard and paper badges, paper flags, record, tape, cassette, CD, CDR, DVD, DVDR, DAT, DAC, HD and 3D disc paper labels, inserts and inlays in printed matter, all featuring information relating to or in the field of music, musical recordings, musical performances, musical |

entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, game shows, drama, comedy, action, adventure, animation and documentaries; photographs featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, game shows, drama, comedy, action, adventure, animation and documentaries; stationery; artists' materials, namely, pens, ballpoint pens, fountain pens, pencils, drafting rulers, erasers, pencil sharpeners, and pen and pencil cases; paint brushes; instructional and teaching material, namely, printed rules of play for playing board games, card games, travel games, electronic games and puzzles in class 016.

For: Clothing, namely, T-shirts, shirts, jackets, sweatshirts, hooded tops, hooded sweatshirts, pullovers, jumpers, shorts, boxer shorts, boxer briefs, underwear, underclothes, under garments, socks, scarves, dressing gowns, pyjamas, dungarees, braces, ties, lingerie, hosiery, bathing costumes, bathing suits, bathing trunks, bathrobes, gloves, jeans, kilts, nightwear, pajamas, trouser suits, slacks, sleeping garments, sleepwear, suits, swim wear, swimsuits, trousers, tuxedos and waistcoats, legging, jeggings, namely, pants that are partially jeans and partially leggings, baby bibs not of paper, baby bodysuits; baby bottoms, baby tops, baby rompers, belts, Bermuda shorts, bikinis, blazers, blouses, body shapers, bomber jackets, bras, briefs, cagoules, camisoles, cargo pants, coats, costumes for use in role-playing games, costumes for use in children's dress up play, crop pants, crop tops, dance costumes, dresses, dressing gowns, housecoats, dungarees, ear bands, ear muffs, ear warmers, evening dresses, evening gowns, foundation garments worn around the midsection or thighs to keep the stomach in and create a slimming effect, G-strings, Halloween costumes, infant and toddler one piece clothing, infant sleepers, infantwear, knee highs, knickers, ladies' underwear, skirts, miniskirts, negligees, night gowns,

nightshirts, nightgowns, nighties, nightwear, panties, pants, stockings, suspenders, play suits, polo shirts, rain wear, school uniforms, tankinis, thongs and tights, footwear, namely, footwear for men, footwear for women, footwear not for sports, shoes, canvas shoes, sneakers, boots, slippers and flip-flops, beach footwear, beach shoes, boots, booties, dance shoes, dance slippers, moccasins, pumps, headgear, namely, hats, caps, beanies, skull caps, skullies, bandanas and berets, children's headwear, hats for infants, babies, toddlers and children in class 025.

For: Entertainment in the nature of participation in musical recordings, musical performances, performances by a musical groups and members thereof, celebrity interviews, performance of spoken word, participation in artistic performances, participation in concerts, appearances by a celebrity, appearances by a professional entertainer, participation in gameshows, participation in drama, participation in comedy, participation in action, participation in adventure, participation in animation, participation in documentaries, and participation in fashion shows, and entertainer services, namely, live, televised and movie appearances by a singer, performing artist and professional entertainer; music writing; music composition; song writing; score writing; score composition; composition of soundtracks; writing of soundtracks; music production services; production of music, musical recordings, musical performances and concerts; music concert services; performance of, and participation in, music, musical recordings, musical performances and concerts; music concert services; production and distribution services in the field of sound and/or visual recordings and entertainment; audio production services, namely, creating and producing music, musical recordings, musical events, festivals, musical performances and musical concerts; provision and production of, and participation in, live entertainment, live performances and live shows; production of audio/visual presentations, namely, creating and producing music, musical recordings, musical events, festivals, musical performances and musical concerts; arranging of music

|  |  | performances, music shows and musical entertainment; services providing entertainment in the form of live musical performances; performance of musicals; arranging and production of musical events; arrangement and performance of dance, music and drama; radio and television entertainment services, namely, live and pre-recorded appearances by a singer, performing artist and professional entertainer; audio and video recording services; rental of sound and video recordings and sound and video recording apparatus; organisation of entertainment performances via radio and television; organisation of competitions, namely, entertainment in the nature of competitions in the field of music where entry is by personal attendance, mail, email, telephone, text message or via the Internet; production, post-production, presentation, distribution and rental of television and radio programmes, of films and of sound and video recordings; recording studio services; production and post-production of entertainment; production and post-production services in relation to films, television programmes, radio programmes, animations, audio, video and cinematographic recordings; audio, music, film and video creation, writing, scripting, directing, production, post-production, mixing, re-mixing, editing and recording services; creation, writing, scripting, directing, production, post-production, recording, mixing, re-mixing and editing studio services in the field of music, video, films, television programmes, radio programmes, animations and cinematographic recordings; audio production and post-production services; video production and post-production services; motion picture film production and post-production services; animation production and post-production services; television programme production and post-production services; production and post-production of sound recordings; providing on-line non-downloadable publications in the nature of magazines, periodicals and newspapers featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, |
|---|---|---|

|  |  | action, adventure, animation and documentaries; providing digital sound, music, data and video recordings, not downloadable, from the Internet featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; providing digital sound, music, data and video recordings, not downloadable, from MP3 and MP4 Internet websites featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; providing digital sound recordings, not downloadable, from the Internet; providing digital sound recordings, not downloadable, from MP3 Internet websites featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; providing digital music and sound recordings, not downloadable, from the Internet featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; providing digital music and sound recordings, not downloadable, from MP3 Internet websites featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; providing digital video, image, film, animation, radio and TV recordings and |
|---|---|---|

| | | |
|---|---|---|
| | | programmes, and cinematographic recordings, not downloadable, from the Internet featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; providing digital video, image, film, animation, radio and TV recordings and programmes, and cinematographic recordings, not downloadable, from MP4 Internet websites featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; provision of information relating to production and post-production services in the field of music, video, films, animations, television programmes, radio programmes and cinematographic recordings; photography services; on-line library services, namely, providing electronic library services featuring photographs and pictures via an on-line computer network; photographic film editing; photographic composition for others; modelling for artists; performance of sport, and skills related to sport; sports tuition, namely training in the field of physical education; sports training services; coaching in the field of sports; sports entertainment services; arranging and organisation of and participation in sport and sporting activities, events, competitions and tournaments; publication of books; music publishing services; publishing of musical works; publishing services; song publishing; publication of lyrics of songs in book and sheet form; publication of music and music books; provision of information relating to music, musical recordings and musical entertainment; organisation of fashion shows for entertainment purposes in class 041. |
| 5,876,867 | HARRY STYLES TREAT | For: Badges of precious metal; precious metals and their alloys; jewellery, precious stones; horological and chronometric instruments in class 016. |

| | PEOPLE WITH KINDNESS | For: Journals, namely, printed journals in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation, documentaries, fashion, health, beauty and lifestyle; notebooks; printed matter, namely, magazines, newspapers, newsletters, books, brochures, flyers, pamphlets, posters, decals, bumper stickers, postcards, pictures, diaries, souvenir event programs, printed event and concert tickets, printed event and printed concert VIP tickets, laminated printed event and concert tickets and laminated VIP printed event and concert tickets, calendars, photographs, signed photographs, picture books, songbooks, sheet music, cardboard and paper badges, paper flags, record, tape, cassette, CD, CDR, DVD, DVDR, DAT, DAC, HD and 3D disc paper labels, inserts and inlays, all featuring information in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation, documentaries, fashion, health, beauty and lifestyle; stationery in class 016.<br><br>For: Tote bags; leather and imitations of leather; trunks, being luggage, and travelling bags; umbrellas, parasols in class 018.<br><br>For: Clothing, namely, T-shirts, shirts, jackets, sweatshirts, hooded tops, hooded sweatshirts, pullovers, jumpers, shorts, boxer shorts, boxer briefs, underwear, underclothes, under garments, socks, scarves, dressing gowns, pyjamas, dungarees, suspenders, ties as clothing, lingerie, hosiery, bathrobes, gloves, jeans, kilts, nightwear, slacks, sleeping garments, sleepwear, suits, swim wear, swimsuits, trousers, tuxedos and waistcoats, leggings, jeggings, namely, pants that are partially jeans and partially leggings, baby clothing, |

|  |  | namely, baby sleeping garments, baby sleepwear, baby bibs not of paper, baby bodysuits, baby bottoms, baby tops, baby romper suits, infant and toddler one piece clothing, infant sleepers, infantwear, and baby play suits, belts, blazers, blouses, body shapers, bomber jackets, cagoules, camisoles, cargo pants, coats, crop pants, crop tops, dresses, ear bands, ear muffs, ear warmers, skirts, tankinis, footwear, namely, footwear for men, namely, athletic footwear and casual footwear, footwear for women, namely, athletic footwear and casual footwear, footwear not for sports, shoes, canvas shoes, sneakers, headgear, namely, hats, caps being headwear, beanies in class 025.<br><br>For: Hair bands; ornamental novelty badges; embroidered badges, namely, ornamental novelty badges; badges for wear, not of precious metal, namely, ornamental novelty badges; ornamental novelty badges, ornamental novelty buttons and ornamental novelty pins; belt buckles; clothing buttons; novelty buttons; embroidered badges in the nature of ornamental novelty badges, embroidered emblems and embroidered patches for clothing; laces for footwear; ornamental cloth patches in class 026. |
|--|--|--|

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a Temporary Restraining Order establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted. Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the HARRY STYLES Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the HARRY

STYLES Trademarks, and (3) Defendants' use of the HARRY STYLES Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the HARRY STYLES Trademarks irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

   a. using the HARRY STYLES Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Harry Styles product or not authorized by Plaintiff to be sold in connection with the HARRY STYLES Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Harry Styles product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the HARRY STYLES Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' Unauthorized Harry Styles Products are those sold under the authorization, control or

15

supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d.  further infringing the HARRY STYLES Trademarks and damaging Harry Styles' goodwill; and

e.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademark, including the HARRY STYLES Trademarks, or reproductions, counterfeit copies or colorable imitations thereof.

2.  Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate, (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a.  the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their Online Marketplaces; and

    c.  any financial accounts owned or controlled by Defendants, including their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, Walmart, Etsy, DHgate, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3.    Upon Plaintiff's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the HARRY STYLES Trademarks.

4.    Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5.  Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants and the Seller Aliases, Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.  Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

    a.  the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their Online Marketplaces.

    Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

7.  Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3) and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail with a link to said website to Defendants. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.  Schedule A to the Complaint [2], Exhibit 2 to the Declaration of Emily Holt [16], and the TRO [22] are unsealed.

9.  Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in accordance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10. The $10,000 bond posted by Plaintiff shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

DATED: January 27, 2023

Franklin U. Valderrama
United States District Judge

Harry Styles v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-00137

# Schedule A

| No | URL | Name / Seller Alias |
|---|---|---|
| | **Defendant Online Marketplaces** | |
| 1 | EXCEPTED | EXCEPTED |
| 2 | EXCEPTED | EXCEPTED |
| 3 | EXCEPTED | EXCEPTED |
| 4 | EXCEPTED | EXCEPTED |
| 5 | EXCEPTED | EXCEPTED |
| 6 | amazon.com/sp?seller=A8I7SK45FJ8K3 | 3Lposter |
| 7 | amazon.com/sp?seller=A10SUQBB57ZH3W | A10SUQBB57ZH3W |
| 8 | amazon.com/sp?seller=A16Z54ZX17D3YX | A16Z54ZX17D3YX |
| 9 | amazon.com/sp?seller=A2B8NX8YV17H2I | A2B8NX8YV17H2I |
| 10 | amazon.com/sp?seller=A2SNLN5KJDM2UL | A2SNLN5KJDM2UL |
| 11 | amazon.com/sp?seller=A3CDE8UJRGSICE | A3CDE8UJRGSICE |
| 12 | amazon.com/sp?seller=A3CW8XOAW1A23D | A3CW8XOAW1A23D |
| 13 | amazon.com/sp?seller=A3FFSNHINFU5F9 | A3FFSNHINFU5F9 |
| 14 | amazon.com/sp?seller=A69N19XTLYTBN | A69N19XTLYTBN |
| 15 | amazon.com/sp?seller=A7G2I8U7QM779 | A7G2I8U7QM779 |
| 16 | amazon.com/sp?seller=AYKFMQVIDU4A7 | Ahubaba Store |
| 17 | amazon.com/sp?seller=AK4PA1VNK8V3S | AK4PA1VNK8V3S |
| 18 | amazon.com/sp?seller=AQRJVVRLF73SY | ANERZA |
| 19 | amazon.com/sp?seller=A3MUW4DVDRRP8W | Anime Fans Blanket Shop |

| 20 | amazon.com/sp?seller=A3OTY9V7X80TTG | anqingmanjiashangmaoyouxiangongsi |
|---|---|---|
| 21 | amazon.com/sp?seller=A3U01PDLSBZZC1 | anqingshuchangshangmaoyouxiangongsi |
| 22 | amazon.com/sp?seller=A2HRDYVTIC5XPZ | Babymiu |
| 23 | amazon.com/sp?seller=A31I7ERYMEX8JP | bangjuesishangmao |
| 24 | amazon.com/sp?seller=A3Q41I71B68XRG | BENBIYO |
| 25 | amazon.com/sp?seller=A57NPEHN3V30R | binzhouzilinbaihuoyouxian |
| 26 | amazon.com/sp?seller=A2FIQFXWZZSEPX | Blitz Store |
| 27 | amazon.com/sp?seller=A23ZR3NGPIGMKF | Byuzou |
| 28 | amazon.com/sp?seller=A1JKZNUTNNUDVD | chaiyaozhongdejinpindian |
| 29 | amazon.com/sp?seller=ALJM3DJD6WS09 | Cheng Du Se Li Se Shang Mao You Xian Gong Si |
| 30 | amazon.com/sp?seller=A3QL2CZIFZ9TZE | chengdunanchenyushangmaoyouxiangongsi |
| 31 | amazon.com/sp?seller=A30DXOBPOHIOIT | chengtingtingSFR |
| 32 | amazon.com/sp?seller=ABCI9401F08R7 | CJ Gift |
| 33 | amazon.com/sp?seller=A4QEDEA16BZ6G | COOLCOOLDE |
| 34 | amazon.com/sp?seller=A3DYM4UHJZ1UKF | Corrida |
| 35 | amazon.com/sp?seller=A3RAFNE88Q6GJP | DFSGWEYWQ |
| 36 | amazon.com/sp?seller=A2UGTL2XRREXRO | DiLIANGLANG |
| 37 | amazon.com/sp?seller=A3D4OPZRP5XUYD | dong Bas |
| 38 | amazon.com/sp?seller=A5WJJPHM5JK21 | DongGuanShiQinJuFuZhuangYouXianGongSi |
| 39 | amazon.com/sp?seller=A1SWOIYBWTD8S8 | EDATON-US |
| 40 | amazon.com/sp?seller=A1QH94EK64WSWA | Fancymax |

| 41 | amazon.com/sp?seller=A3AEYY3IYPXOXT | Fred Tonty |
|---|---|---|
| 42 | amazon.com/sp?seller=A2Z6FT1I55AHI4 | fuqingshishizhuchentianfuzhuangshanghang |
| 43 | amazon.com/sp?seller=A207436EYGCHRG | GM LBXX |
| 44 | amazon.com/sp?seller=A2RKFVIZL6JL38 | Grtuspr |
| 45 | amazon.com/sp?seller=AQXW3LVYK9D5U | guoxiaoxiaojh |
| 46 | amazon.com/sp?seller=AS5B4OI2AU2DQ | GZWEICAN US |
| 47 | amazon.com/sp?seller=A2BJ7A6GF8ILM1 | haikouyibodianzixjeciaoshouyouxiangongsi |
| 48 | amazon.com/sp?seller=A2PDKNZYFG7TCB | Hainew |
| 49 | amazon.com/sp?seller=A11IVED3OLQFXD | Hehaoyang |
| 50 | amazon.com/sp?seller=A2IFAY7GHDJRLZ | Hejiaxin |
| 51 | amazon.com/sp?seller=A1XDV0UXLGEFTD | hexinghong |
| 52 | amazon.com/sp?seller=A2IWCSC5OOZDAW | HeZeJingChenBianMinBaiHuoYouXianGongSi |
| 53 | amazon.com/sp?seller=A3EVU01LVCT9AH | hu tan shang mao |
| 54 | amazon.com/sp?seller=A4CDOS0NULFQ2 | huaduhandedian |
| 55 | amazon.com/sp?seller=A5Q3Z81BSZUK2 | huanglhuangluboubo |
| 56 | amazon.com/sp?seller=AIUE5ZHT2K6XR | huataoAMZ |
| 57 | amazon.com/sp?seller=A1LV3L1I8582WE | Human Cave Decoration |
| 58 | amazon.com/sp?seller=A26VBA8NADL9DA | Jiaxing Yongjiangmaoyi Co.,Ltd |
| 59 | amazon.com/sp?seller=A1ZFTX0E0MYFEQ | jinanliaojianglihuazhuanpin |
| 60 | amazon.com/sp?seller=A138QLLL22JX2G | jiujiangbaobeizhimaoyiyouxiangongsi |
| 61 | amazon.com/sp?seller=A1URZFVFQQ5BZF | JiuJiangHongGuZhaoMaoYiYouXianGongSi |

| 62 | amazon.com/sp?seller=A2C27YSGM2I16K | jiujiangsongounamaoyiyouxiangongsi |
| 63 | amazon.com/sp?seller=A1QU139V2X41JQ | JiuJiangYangChaoFenMaoYiYouXianGongSi |
| 64 | amazon.com/sp?seller=A1KSDMZ7B29D8E | Lanpengshangmao |
| 65 | amazon.com/sp?seller=AHL8J5B56SJ8S | lianyinghaibao |
| 66 | amazon.com/sp?seller=A1N4S8NE0AZSYZ | LiDongDongXinXiJiShu |
| 67 | amazon.com/sp?seller=A215W2EIMKEPN9 | Lidoou |
| 68 | amazon.com/sp?seller=A48RFS9N65JCP | lihaoransj |
| 69 | amazon.com/sp?seller=A2ZURXDOG4XT2E | linchunhuiriyongpinshangdian |
| 70 | amazon.com/sp?seller=A2XC4S3M87H88O | lingaohexubendianzikejiyouxiangongsi |
| 71 | amazon.com/sp?seller=A28PBY8IV1GAJD | lingluodianzi |
| 72 | amazon.com/sp?seller=A2HV5ONH0TI053 | litesam |
| 73 | amazon.com/sp?seller=A2THUAYPTN298Z | Liudianjin |
| 74 | amazon.com/sp?seller=AVQ21B9XQEF80 | Long Guo5 |
| 75 | amazon.com/sp?seller=A38QHT7LTAROYR | maitengwangluokeji |
| 76 | amazon.com/sp?seller=A34BPIGEB3NF4Z | mamingyang-us |
| 77 | amazon.com/sp?seller=A3V63SUTIVDZET | mengyaus |
| 78 | amazon.com/sp?seller=AAH0EXRPOIEY | MOLI Store |
| 79 | amazon.com/sp?seller=A1W0NFKQSZQSYP | ngqujielijun4maoyiyouxi |
| 80 | amazon.com/sp?seller=A363470PYD792F | Night Light Decorations |
| 81 | amazon.com/sp?seller=A22FXPDDWU0HZ4 | Orange jewels |
| 82 | amazon.com/sp?seller=AUZ0XIC7KUZWV | panyingrui shop |

| 83 | amazon.com/sp?seller=A3PQ50Z67HM7AP | perfecone |
| 84 | amazon.com/sp?seller=A2LHY6ZGJ7GBO2 | PIONEER97 |
| 85 | amazon.com/sp?seller=A13ZJ1XQKF0QUW | POTSHIP |
| 86 | amazon.com/sp?seller=AL2CD9SA6RBIM | putiandanya |
| 87 | amazon.com/sp?seller=A1VB4RYR2Y4AK7 | putianshihanjiangqukeyinxingxinriyongpindian |
| 88 | amazon.com/sp?seller=A352HMGVDUEKOW | putianshilichengququnqunboriyongpindian |
| 89 | amazon.com/sp?seller=A1YQQXCBMRXDOF | qianlimumingriyongpin |
| 90 | amazon.com/sp?seller=A3PWTBA31B0QWQ | QL lamp store |
| 91 | amazon.com/sp?seller=AZU7U8G4NGBAD | ROONA store |
| 92 | amazon.com/sp?seller=A3BWHEXV63WMTT | sanyaxinyuxinshangmaoyouxiangongsi |
| 93 | amazon.com/sp?seller=A284OIFEY4RDDS | sanyayaxishangmaoyouxiangongsi |
| 94 | amazon.com/sp?seller=A1YIWIPNSYLKZA | sdacxznmjykiok |
| 95 | amazon.com/sp?seller=A2XL5XS4W5CEUX | shanxipeihuiyiwangluokejiyouxiangongsi |
| 96 | amazon.com/sp?seller=A2I06RD5GPD2U2 | shanxizhoufangkejiyouxiangongsi |
| 97 | amazon.com/sp?seller=A2NAJOIMO1X378 | shengtaishangmaohang |
| 98 | amazon.com/sp?seller=A1WOTKHBB0EMTN | shenpengdianzishangwu |
| 99 | amazon.com/sp?seller=A3PV1WMNPZSIVW | shpenbe |
| 100 | amazon.com/sp?seller=A1OUG5TACQZ46K | Shuangchong Direct |
| 101 | amazon.com/sp?seller=A3K84HAV16AUEG | shuangliuquxiangyunianshangmaobu |
| 102 | amazon.com/sp?seller=A2TVVJPWIEA6H7 | Sicily2021 |
| 103 | amazon.com/sp?seller=A2IG7MB2FQJZLA | songqingningdedian |

| 104 | amazon.com/sp?seller=A1NW7125G6HZ72 | songyuanshihaoruikejiyouxiangongs |
| 105 | amazon.com/sp?seller=A26KO4CCDMWBB2 | Star Idoi Store US |
| 106 | amazon.com/sp?seller=A2N7CTKTF2IF2Z | Summaryerstore |
| 107 | amazon.com/sp?seller=A2VR8FZW0Z0HDB | szs-Eur |
| 108 | amazon.com/sp?seller=AC4VUDQYL4TE | TianShufan |
| 109 | amazon.com/sp?seller=A20ZKM829GP0PS | tingtingshopbeauty |
| 110 | amazon.com/sp?seller=A3NRZEZYJ0N0J1 | VAVINCI |
| 111 | amazon.com/sp?seller=A17BHVXHGYC8R | Wancy |
| 112 | amazon.com/sp?seller=A2AG6EP741KQZH | wangdeganggangruxubaihuodian |
| 113 | amazon.com/sp?seller=A2VL26X2RO1YMZ | WangUS |
| 114 | amazon.com/sp?seller=A1BVG53HW3PBLN | wangxiaowei8 |
| 115 | amazon.com/sp?seller=A2Q0JDJ41TCU77 | wangyanjiededian |
| 116 | amazon.com/sp?seller=A2AOY26ESOS2GF | wangyuk |
| 117 | amazon.com/sp?seller=A3B97XSI380D7B | wangzhenbo9 |
| 118 | amazon.com/sp?seller=A3QTYD7TW730J9 | weihongtao |
| 119 | amazon.com/sp?seller=A2ZTLZO0AKYJKU | wenchangshiyanrankejiyouxiangongsi5291 |
| 120 | amazon.com/sp?seller=A36B4A8KFVZXEX | wenchangzhaoruxinwangluokejiyouxiangongsi |
| 121 | amazon.com/sp?seller=AMLADDWMYZ6NH | Wjmhi |
| 122 | amazon.com/sp?seller=A3LJBUKHLWVXQX | wogjoawigjowagjeowjgo666 |
| 123 | amazon.com/sp?seller=A1K96LTR9Z7V27 | WuGuoHaoDSJFKJDJGLKFDSJKGDFL |
| 124 | amazon.com/sp?seller=A3M330DDFX4MFE | xia men Art oil painting |

| 125 | amazon.com/sp?seller=A2T9N3VYTEPTRO | xiamen2020_6 |
|---|---|---|
| 126 | amazon.com/sp?seller=A2ANAJ36W5QC45 | XIAOYU PE |
| 127 | amazon.com/sp?seller=A3913W3ESZKPPW | xiejianguoskdh |
| 128 | amazon.com/sp?seller=AVTYHD7N0MECN | xinghangyan |
| 129 | amazon.com/sp?seller=A2MIB5ZIMVSXSC | XingTaiFengZhanShangMaoYouXianGongSi |
| 130 | amazon.com/sp?seller=A35FFHCNCM5UNO | xuepozeshangmao |
| 131 | amazon.com/sp?seller=A1BYZ2E28BNZFY | yichangbiancaishangmaoyouxiangongsi |
| 132 | amazon.com/sp?seller=A3IOMEMKVOQ714 | YIfuly |
| 133 | amazon.com/sp?seller=A26QHQMVBPEYHF | zhancuifeng |
| 134 | amazon.com/sp?seller=A2R052AGKRI1HY | zhangchnegyudedian |
| 135 | amazon.com/sp?seller=A2NHV20DADE03J | zhangdi7 |
| 136 | amazon.com/sp?seller=A354LTBSN7EFSQ | zhangmeibin |
| 137 | amazon.com/sp?seller=A28MBPBV8HSAK7 | ZhangXueDianZiShangWu |
| 138 | amazon.com/sp?seller=A17BXD11KZ2EB8 | zhengkaidong |
| 139 | amazon.com/sp?seller=A19QEXBN55XF8I | Zihanine |
| 140 | amazon.com/sp?seller=A5JGDY85CP35R | zouchengshiluqiangjianzhulaowuyouxiangongsi |
| 141 | EXCEPTED | EXCEPTED |
| 142 | EXCEPTED | EXCEPTED |
| 143 | EXCEPTED | EXCEPTED |
| 144 | EXCEPTED | EXCEPTED |
| 145 | EXCEPTED | EXCEPTED |
| 146 | EXCEPTED | EXCEPTED |
| 147 | EXCEPTED | EXCEPTED |
| 148 | EXCEPTED | EXCEPTED |
| 149 | EXCEPTED | EXCEPTED |
| 150 | EXCEPTED | EXCEPTED |
| 151 | EXCEPTED | EXCEPTED |

| 152 | EXCEPTED | EXCEPTED |
|---|---|---|
| 153 | EXCEPTED | EXCEPTED |
| 154 | ebay.com/usr/xiaomieluo | xiaomieluo |
| 155 | walmart.com/seller/101297849 | anqingkuhedianzishangwu |
| 156 | walmart.com/seller/101277308 | Back Modern Times Life |
| 157 | walmart.com/seller/101268903 | deanxianjishuoshangmaoyouxiangongsi |
| 158 | walmart.com/seller/101270550 | Fengfu Co.Ltd |
| 159 | walmart.com/seller/101262075 | Fengpan Trading Co., Ltd |
| 160 | walmart.com/seller/101264095 | gelaosidun |
| 161 | walmart.com/seller/101284625 | Home Warehouse Co.,Ltd |
| 162 | walmart.com/seller/101268490 | Jiemei Co.Ltd |
| 163 | walmart.com/seller/101288225 | kunmingnacijunshangmaoyouxiangongsi |
| 164 | walmart.com/seller/101290253 | longkoushiruyudeshuichufang |
| 165 | walmart.com/seller/101281251 | QIQIHAERSHIXINQIANSHUNDIANZISHANGWUYOUX IANGONGSI |
| 166 | walmart.com/seller/101282441 | Shenzhen Sitan Trading Co., Ltd |
| 167 | walmart.com/seller/101270821 | sichuanyundinghaichuangdianzishangwuyouxiango ngsi |
| 168 | walmart.com/seller/101263144 | Vogue Home Co.,Ltd |
| 169 | walmart.com/seller/101270675 | WenChangShiYangWaQunKeJiYouXianGongSi |
| 170 | walmart.com/seller/101289853 | wuzhishanzailixishangmao |
| 171 | walmart.com/seller/101136409 | XIUYING Technology Co., Ltd. |
| 172 | walmart.com/seller/101280273 | YUNCHENGJUNHANDIANZISHANGWUYOUXIANGO NGSI |
| 173 | wish.com/merchant/601fcae5bb7a13907 94bbc6d | 028rf |
| 174 | wish.com/merchant/6020fc0671884d37b 1c46e7d | Bully Breed Company |
| 175 | wish.com/merchant/5de3e34529e78610 d1dd6b2c | Calmmmm |
| 176 | wish.com/merchant/5fca714a5f618ff167 a01f3d | ctcvxke shop |
| 177 | wish.com/merchant/602a29d4c99522e0 4592151b | erect home furnishing |
| 178 | wish.com/merchant/6179b126753814a6 99fd010f | Fitness proxuct |
| 179 | wish.com/merchant/5f376e887fbb26f1d ea2ad4d | Funeryio pants |
| 180 | wish.com/merchant/59b6afb4439a98111 c1c4e97 | hdhb7378 |
| 181 | wish.com/merchant/5d980fa2c095e1708 39988d9 | huangjuan666666 |

| | | |
|---|---|---|
| 182 | wish.com/merchant/602a6c547314d40b 038b553b | INF Tapestry |
| 183 | wish.com/merchant/6048148c30fa4b021 a498d2b | iriscaicai shop |
| 184 | wish.com/merchant/5b2320437752c87af 2b96266 | Lamp decoration of shang Jia Yi |
| 185 | wish.com/merchant/5fdc7acc06784c3da 73ca6eb | liudashuai7424 |
| 186 | wish.com/merchant/5d4fa22d152754471 4ad5026 | love you 3000 |
| 187 | wish.com/merchant/5e8c288a39b09024 d86eab9e | lup8005shop |
| 188 | wish.com/merchant/601c1e59b34276f6c 372f0a6 | Mauser |
| 189 | wish.com/merchant/5e23fbfc3a003e3fea adbd6c | nvllll |
| 190 | wish.com/merchant/580b5c292ed27919 55678c86 | Top.tt.bo |
| 191 | wish.com/merchant/5dd1381daa4d894c 0fd4498f | tPQb0ia3 |
| 192 | wish.com/merchant/5fdf8f5417ba952b1 91f3881 | treefoptr |
| 193 | wish.com/merchant/602a8dcbfdb2c87ac f1554d2 | underrcai throwing |
| 194 | wish.com/merchant/616144d036328e44 4ee0b662 | wangshimai6180 |
| 195 | wish.com/merchant/5d58d92633f0b436 80be9446 | Yiwujingxi |
| 196 | wish.com/merchant/60444aec8c6a52167 0213828 | yuxiang0738 |
| 197 | wish.com/merchant/60447a813633ef9cf 754cbfc | zhaohao9565 |
| 198 | wish.com/merchant/58c3eb6cc92c372cf d269181 | zhichaonanyemen |
| 199 | wish.com/merchant/5e6dd60629e78632 62dd6d89 | ZhongwoliedongsWs |
| 200 | wish.com/merchant/601187cb68ee4be2 b7020ad5 | zsttttt |