IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARRY STYLES,<br><br>      Plaintiff,<br><br>      v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Case No. 23-cv-00137<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Harry Styles ("Plaintiff") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Cheng Du Se Li Se Shang Mao You Xian Gong Si | 29 |
| Corrida | 34 |
| Fancymax | 40 |
| Grtuspr | 44 |
| GZWEICAN US | 46 |
| Hainew | 48 |
| Jiaxing Yongjiangmaoyi Co.,Ltd | 58 |
| Lidoou | 67 |
| mamingyang-us | 76 |
| mengyaus | 77 |
| VAVINCI | 110 |
| XIAOYU PE | 126 |

Dated this 9th day of February 2023.

Respectfully submitted,

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Harry Styles*