## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

HARRY STYLES,

        Plaintiff,

        v.

KINDY BROOCH STORE, et al.,

        Defendants.

Case No. 23-cv-00137

**Judge Franklin U. Valderrama**

**Magistrate Judge Gabriel A. Fuentes**

### AMENDED FINAL DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff Harry Styles ("Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto, with the exception of defendants Home Warehouse Co.,Ltd (No. 161), Shenzhen Sitan Trading Co., Ltd (No. 166), Vogue Home Co.,Ltd (No. 168), and WenChangShiYangWaQunKeJiYouXianGongSi (No. 169) (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces. Defendant Online Marketplaces labeled "DISMISSED" have been dismissed are no longer part of the case.

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and, on information and belief, have sold products using counterfeit and infringing versions of Plaintiff's federally registered trademarks (the "HARRY STYLES Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defaulting Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the HARRY STYLES Trademarks. Exhibit 2 to the Declaration of Emily Holt (R. 16), which includes screenshot evidence confirming that each Defaulting Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the HARRY STYLES Trademarks. A list of the HARRY STYLES Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 5,688,195 | HARRY STYLES | For: Pre-recorded CDs, DVDs, digital audio tapes, digital audio cassettes, high definition video discs, mini-discs, video records, video tapes, video cassettes, video discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; sound, music, image, data and video recordings recorded on CDs, DVDs, digital audio tapes, digital audio cassettes, high definition video discs, mini-discs, video records, video tapes, video cassettes, video discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; multimedia productions recorded on CD, DVD, DAT, DAC, HD discs, 3D discs, mini-discs, records, tapes, cassettes, discs and flash drives, or downloadable from the Internet, all featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; motion picture films featuring drama, comedy, action, adventure, animation and documentaries; television films and programmes recorded on CDs, DVDs, digital audio tapes, digital audio cassettes, high definition video discs, mini-discs, video records, video tapes, video cassettes, video discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, |

3

| | | drama, comedy, action, adventure, animation and documentaries; visual recordings and audiovisual recordings featuring animations; 3D motion picture films, television films and programmes, and animations, all recorded on CDs, DVDs, digital audio tapes, digital audio cassettes, high definition video discs, mini-discs, video records, video tapes, video cassettes, video discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; radio programmes recorded on CDs, DVDs, digital audio tapes, digital audio cassettes, high definition video discs, mini-discs, video records, video tapes, video cassettes, video discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; pre-recorded recording materials used for storage and transmission of digital and analogue data, images, sounds and recordings, namely, CDs, DVDs, digital audio tapes, digital audio cassettes, high definition video discs, mini-discs, video records, video tapes, video cassettes, video discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; pre-recorded audio and/or video media, CDs, CDRs, DVDs, DVDRs, DATs, DACs, HD discs, 3D discs, mini-discs, records, tapes, cassettes, discs and flash drives featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation |
| --- | --- | --- |

|  |  | and documentaries; pre-recorded laser-read discs for reproducing, storing, transmitting and playing sound, images, music, data or video featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; pre-recorded optical-read discs for recording, reproducing, storing, transmitting and playing sound, images, music, data or video featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; pre-recorded USB flash drives for recording, reproducing, storing, transmitting and playing sound, images, music, data or video featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable media, namely, audio, image, data and video files provided from the Internet featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable audio or sound files in MP3 format; audio and/or video files in electronic format provided from the Internet featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable video files in MP4 format featuring music, musical recordings, musical performances, musical |
|---|---|---|

|  |  | entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable MP4 videos featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; application software for mobile devices, tablet computers, mobile computers, handheld computers and smartphones, namely, mobile gaming and content applications for mobile devices, tablet computers, mobile computers, handheld computers and smartphones; mouse pads; downloadable digital music or sound files provided from the Internet featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable digital video, image, film and TV files and programmes provided from the Internet featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable digital video, image, film and TV files and programmes provided from MP4 web sites on the Internet featuring music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; refrigerator magnets; downloadable electronic media in the nature of books, newsletters, magazines, periodicals and newspapers in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, |

concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; publications downloaded in electronic form from the Internet in the nature of books, newsletters, magazines, periodicals and newspapers in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable electronic publications provided from databases or the Internet in the nature of books, newsletters, magazines, periodicals and newspapers in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; e-books, namely, electronic books downloadable from the Internet in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; audio books on CD, mini-disc, record, cassette, disc or flash drives in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; talking children's books; downloadable printed matter in electronic form in the nature of books, magazines, brochures, periodicals, catalogues, newsletters and newspapers, all in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer,

gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable electronic publications in the nature of magazines, periodicals and newspapers in the fields of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; downloadable photographs and stills in electronic form; downloadable photographs and still images; sunglasses; eyewear; photographic and photography apparatus; photographic cameras in class 009.

For: Printed matter, namely, magazines, newspapers, newsletters, books, brochures, flyers, pamphlets, posters, decals, bumper stickers, postcards, pictures, diaries, souvenir event programs, printed event and concert tickets, printed event and printed concert VIP tickets, laminated tickets and laminated VIP tickets, calendars, photographs, signed photographs, picture books, songbooks, sheet music, cardboard and paper badges, paper flags, record, tape, cassette, CD, CDR, DVD, DVDR, DAT, DAC, HD and 3D disc paper labels, inserts and inlays in printed matter, all featuring information relating to or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, game shows, drama, comedy, action, adventure, animation and documentaries; photographs featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, game shows, drama, comedy, action, adventure, animation and documentaries; stationery; artists' materials, namely, pens, ballpoint pens, fountain pens, pencils, drafting rulers, erasers, pencil sharpeners, and pen and pencil cases; paint brushes; instructional and teaching material, namely, printed rules of play for playing board games, card games,

travel games, electronic games and puzzles in class 016.

For: Clothing, namely, T-shirts, shirts, jackets, sweatshirts, hooded tops, hooded sweatshirts, pullovers, jumpers, shorts, boxer shorts, boxer briefs, underwear, underclothes, under garments, socks, scarves, dressing gowns, pyjamas, dungarees, braces, ties, lingerie, hosiery, bathing costumes, bathing suits, bathing trunks, bathrobes, gloves, jeans, kilts, nightwear, pajamas, trouser suits, slacks, sleeping garments, sleepwear, suits, swim wear, swimsuits, trousers, tuxedos and waistcoats, legging, jeggings, namely, pants that are partially jeans and partially leggings, baby bibs not of paper, baby bodysuits; baby bottoms, baby tops, baby rompers, belts, Bermuda shorts, bikinis, blazers, blouses, body shapers, bomber jackets, bras, briefs, cagoules, camisoles, cargo pants, coats, costumes for use in role-playing games, costumes for use in children's dress up play, crop pants, crop tops, dance costumes, dresses, dressing gowns, housecoats, dungarees, ear bands, ear muffs, ear warmers, evening dresses, evening gowns, foundation garments worn around the midsection or thighs to keep the stomach in and create a slimming effect, G-strings, Halloween costumes, infant and toddler one piece clothing, infant sleepers, infantwear, knee highs, knickers, ladies' underwear, skirts, miniskirts, negligees, night gowns, nightshirts, nightgowns, nighties, nightwear, panties, pants, stockings, suspenders, play suits, polo shirts, rain wear, school uniforms, tankinis, thongs and tights, footwear, namely, footwear for men, footwear for women, footwear not for sports, shoes, canvas shoes, sneakers, boots, slippers and flip-flops, beach footwear, beach shoes, boots, booties, dance shoes, dance slippers, moccasins, pumps, headgear, namely, hats, caps, beanies, skull caps, skullies, bandanas and berets, children's headwear, hats for infants, babies, toddlers and children in class 025.

For: Entertainment in the nature of participation in musical recordings, musical performances, performances by a musical groups and members thereof, celebrity interviews, performance of spoken word, participation in artistic

| | | performances, participation in concerts, appearances by a celebrity, appearances by a professional entertainer; participation in gameshows, participation in drama, participation in comedy, participation in action, participation in adventure, participation in animation, participation in documentaries, and participation in fashion shows, and entertainer services, namely, live, televised and movie appearances by a singer, performing artist and professional entertainer; music writing; music composition; song writing; score writing; score composition; composition of soundtracks; writing of soundtracks; music production services; production of music, musical recordings, musical performances and concerts; music concert services; performance of, and participation in, music, musical recordings, musical performances and concerts; music concert services; production and distribution services in the field of sound and/or visual recordings and entertainment; audio production services, namely, creating and producing music, musical recordings, musical events, festivals, musical performances and musical concerts; provision and production of, and participation in, live entertainment, live performances and live shows; production of audio/visual presentations, namely, creating and producing music, musical recordings, musical events, festivals, musical performances and musical concerts; arranging of music performances, music shows and musical entertainment; services providing entertainment in the form of live musical performances; performance of musicals; arranging and production of musical events; arrangement and performance of dance, music and drama; radio and television entertainment services, namely, live and pre-recorded appearances by a singer, performing artist and professional entertainer; audio and video recording services; rental of sound and video recordings and sound and video recording apparatus; organisation of entertainment performances via radio and television; organisation of competitions, namely, entertainment in the nature of competitions in the field of music where entry is by personal attendance, mail, email, telephone, text message or via the Internet; production, post-production, presentation, distribution and rental of |
| --- | --- | --- |

television and radio programmes, of films and of sound and video recordings; recording studio services; production and post-production of entertainment; production and post-production services in relation to films, television programmes, radio programmes, animations, audio, video and cinematographic recordings; audio, music, film and video creation, writing, scripting, directing, production, post-production, mixing, re-mixing, editing and recording services; creation, writing, scripting, directing, production, post-production, recording, mixing, re-mixing and editing studio services in the field of music, video, films, television programmes, radio programmes, animations and cinematographic recordings; audio production and post-production services; video production and post-production services; motion picture film production and post-production services; animation production and post-production services; television programme production and post-production services; production and post-production of sound recordings; providing on-line non-downloadable publications in the nature of magazines, periodicals and newspapers featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; providing digital sound, music, data and video recordings, not downloadable, from the Internet featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; providing digital sound, music, data and video recordings, not downloadable, from MP3 and MP4 Internet websites featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy,

|  |  | action, adventure, animation and documentaries; providing digital sound recordings, not downloadable, from the Internet; providing digital sound recordings, not downloadable, from MP3 Internet websites featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; providing digital music and sound recordings, not downloadable, from the Internet featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; providing digital music and sound recordings, not downloadable, from MP3 Internet websites featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; providing digital video, image, film, animation, radio and TV recordings and programmes, and cinematographic recordings, not downloadable, from the Internet featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation and documentaries; providing digital video, image, film, animation, radio and TV recordings and programmes, and cinematographic recordings, not downloadable, from MP4 Internet websites featuring or in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, |
|---|---|---|

| | | |
|---|---|---|
| | | action, adventure, animation and documentaries; provision of information relating to production and post-production services in the field of music, video, films, animations, television programmes, radio programmes and cinematographic recordings; photography services; on-line library services, namely, providing electronic library services featuring photographs and pictures via an on-line computer network; photographic film editing; photographic composition for others; modelling for artists; performance of sport, and skills related to sport; sports tuition, namely training in the field of physical education; sports training services; coaching in the field of sports; sports entertainment services; arranging and organisation of and participation in sport and sporting activities, events, competitions and tournaments; publication of books; music publishing services; publishing of musical works; publishing services; song publishing; publication of lyrics of songs in book and sheet form; publication of music and music books; provision of information relating to music, musical recordings and musical entertainment; organisation of fashion shows for entertainment purposes in class 041. |
| 5,876,867 | HARRY STYLES TREAT PEOPLE WITH KINDNESS | For: Badges of precious metal; precious metals and their alloys; jewellery, precious stones; horological and chronometric instruments in class 016.<br><br>For: Journals, namely, printed journals in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation, documentaries, fashion, health, beauty and lifestyle; notebooks; printed matter, namely, magazines, newspapers, newsletters, books, brochures, flyers, pamphlets, posters, decals, bumper stickers, postcards, pictures, diaries, souvenir event programs, printed event and concert tickets, printed event and printed concert VIP tickets, laminated printed event and concert tickets and laminated VIP printed event and concert tickets, calendars, photographs, signed |

|  |  | photographs, picture books, songbooks, sheet music, cardboard and paper badges, paper flags, record, tape, cassette, CD, CDR, DVD, DVDR, DAT, DAC, HD and 3D disc paper labels, inserts and inlays, all featuring information in the field of music, musical recordings, musical performances, musical entertainers, motion picture films, artistic performances, concerts, appearances by a celebrity or celebrities, appearances by a professional entertainer, gameshows, drama, comedy, action, adventure, animation, documentaries, fashion, health, beauty and lifestyle; stationery in class 016.<br><br>For: Tote bags; leather and imitations of leather; trunks, being luggage, and travelling bags; umbrellas, parasols in class 018.<br><br>For: Clothing, namely, T-shirts, shirts, jackets, sweatshirts, hooded tops, hooded sweatshirts, pullovers, jumpers, shorts, boxer shorts, boxer briefs, underwear, underclothes, under garments, socks, scarves, dressing gowns, pyjamas, dungarees, suspenders, ties as clothing, lingerie, hosiery, bathrobes, gloves, jeans, kilts, nightwear, slacks, sleeping garments, sleepwear, suits, swim wear, swimsuits, trousers, tuxedos and waistcoats, leggings, jeggings, namely, pants that are partially jeans and partially leggings, baby clothing, namely, baby sleeping garments, baby sleepwear, baby bibs not of paper, baby bodysuits, baby bottoms, baby tops, baby romper suits, infant and toddler one piece clothing, infant sleepers, infantwear, and baby play suits, belts, blazers, blouses, body shapers, bomber jackets, cagoules, camisoles, cargo pants, coats, crop pants, crop tops, dresses, ear bands, ear muffs, ear warmers, skirts, tankinis, footwear, namely, footwear for men, namely, athletic footwear and casual footwear, footwear for women, namely, athletic footwear and casual footwear, footwear not for sports, shoes, canvas shoes, sneakers, headgear, namely, hats, caps being headwear, beanies in class 025.<br><br>For: Hair bands; ornamental novelty badges; embroidered badges, namely, ornamental novelty badges; badges for |

| | | wear, not of precious metal, namely, ornamental novelty badges; ornamental novelty badges, ornamental novelty buttons and ornamental novelty pins; belt buckles; clothing buttons; novelty buttons; embroidered badges in the nature of ornamental novelty badges, embroidered emblems and embroidered patches for clothing; laces for footwear; ornamental cloth patches in class 026. |
|---|---|---|

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. using the HARRY STYLES Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Harry Styles product or not authorized by Plaintiff to be sold in connection with the HARRY STYLES Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Harry Styles product or any other product produced by Plaintiff, that is not Plaintiff's

or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the HARRY STYLES Trademarks;

c.  committing any acts calculated to cause consumers to believe that Defendants' Unauthorized Harry Styles Products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d.  further infringing the HARRY STYLES Trademarks and damaging Harry Styles' goowill; and

e.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademark, including the HARRY STYLES Trademarks, or reproductions, counterfeit copies or colorable imitations thereof.

2.  Upon Plaintiffs request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy") and DHgate.com Inc. ("DHgate"), (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by

16

or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the HARRY STYLES Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred thousand dollars ($200,000) for willful use of counterfeit HARRY STYLES Trademarks in connection with the sale of products through at least Defaulting Defendants' Online Marketplaces. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

4. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Walmart, Wish.com, Etsy, Amazon Pay, and DHgate by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Walmart, Wish.com, Etsy, Amazon Pay, and DHgate, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Walmart, Wish.com, Etsy, Amazon Pay, and DHgate, are hereby released to Plaintiff as partial payment of the above-identified

damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Walmart, Wish.com, Etsy, Amazon Pay, and DHgate, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7.    Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Etsy, Amazon Pay, and DHgate in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Etsy, Amazon Pay, and DHgate shall within seven (7) calendar days:

a.   locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Emily Holt, and any e-mail addresses provided for Defaulting Defendants by Third Party Providers;

b.   restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.   release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8.    In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any

supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Emily Holt and any e-mail addresses provided for Defaulting Defendants by third parties.

9.      The ten thousand dollar ($10,000) cash bond posted by Plaintiff is hereby released to Plaintiff's counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court, plus any interest minus the registry fee, to Plaintiff's counsel, Justin Gaudio, at Greer Burns & Crain Ltd, 300 South Wacker Drive, Suite 2500, Chicago IL 60606.

10.     A copy of this Order will be provided to Defaulting Defendants in the same manner that all other notices and orders have been provided.

This is a Final Judgment.

DATED: March 24, 2023

_____
Franklin U. Valderrama
United States District Judge

Harry Styles v. Kindy Brooch Store, et al.  - Case No. 23-cv-00137

# Schedule A

| No | URL | Name / Seller Alias |
|---|---|---|
| | **Defendant Online Marketplaces** | |
| 1 | aliexpress.com/store/1101933037 | Kindy Brooch Store |
| 2 | aliexpress.com/store/1101268523 | Margot Drop Shipping Store |
| 3 | aliexpress.com/store/1100989312 | my world 110 Store |
| 4 | aliexpress.com/store/1101279860 | Shop3620044 Store |
| 5 | aliexpress.com/store/1101571794 | Winsom Store |
| 6 | amazon.com/sp?seller=A8I7SK45FJ8K3 | 3Lposter |
| 7 | amazon.com/sp?seller=A10SUQBB57ZH3W | A10SUQBB57ZH3W |
| 8 | amazon.com/sp?seller=A16Z54ZX17D3YX | A16Z54ZX17D3YX |
| 9 | DISMISSED | DISMISSED |
| 10 | amazon.com/sp?seller=A2SNLN5KJDM2UL | A2SNLN5KJDM2UL |
| 11 | amazon.com/sp?seller=A3CDE8UJRGSICE | A3CDE8UJRGSICE |
| 12 | amazon.com/sp?seller=A3CW8XOAW1A23D | A3CW8XOAW1A23D |
| 13 | DISMISSED | DISMISSED |
| 14 | amazon.com/sp?seller=A69N19XTLYTBN | A69N19XTLYTBN |
| 15 | DISMISSED | DISMISSED |
| 16 | amazon.com/sp?seller=AYKFMQVIDU4A7 | Ahubaba Store |
| 17 | amazon.com/sp?seller=AK4PA1VNK8V3S | AK4PA1VNK8V3S |
| 18 | DISMISSED | DISMISSED |
| 19 | amazon.com/sp?seller=A3MUW4DVDRRP8W | Anime Fans Blanket Shop |
| 20 | amazon.com/sp?seller=A3OTY9V7X80TTG | anqingmanjiashangmaoyouxiangongsi |
| 21 | amazon.com/sp?seller=A3U01PDLSBZZC1 | anqingshuchangshangmaoyouxiangongsi |
| 22 | DISMISSED | DISMISSED |
| 23 | amazon.com/sp?seller=A31I7ERYMEX8JP | bangjuesishangmao |
| 24 | DISMISSED | DISMISSED |
| 25 | amazon.com/sp?seller=A57NPEHN3V30R | binzhouzilinbaihuoyouxian |
| 26 | amazon.com/sp?seller=A2FIQFXWZZSEPX | Blitz Store |
| 27 | DISMISSED | DISMISSED |
| 28 | amazon.com/sp?seller=A1JKZNUTNNUDVD | chaiyaozhongdejinpindian |
| 29 | DISMISSED | DISMISSED |
| 30 | amazon.com/sp?seller=A3QL2CZIFZ9TZE | chengdunanchenyushangmaoyouxiangongsi |

| 31 | amazon.com/sp?seller=A30DXOBPOHIOIT | chengtingtingSFR |
| 32 | DISMISSED | DISMISSED |
| 33 | DISMISSED | DISMISSED |
| 34 | DISMISSED | DISMISSED |
| 35 | amazon.com/sp?seller=A3RAFNE88Q6GJP | DFSGWEYWQ |
| 36 | amazon.com/sp?seller=A2UGTL2XRREXRO | DiLIANGLANG |
| 37 | amazon.com/sp?seller=A3D4OPZRP5XUYD | dong Bas |
| 38 | amazon.com/sp?seller=A5WJJPHM5JK21 | DongGuanShiQinJuFuZhuangYouXianGongSi |
| 39 | amazon.com/sp?seller=A1SWOIYBWTD8S8 | EDATON-US |
| 40 | DISMISSED | DISMISSED |
| 41 | amazon.com/sp?seller=A3AEYY3IYPXOXT | Fred Tonty |
| 42 | amazon.com/sp?seller=A2Z6FT1I55AHI4 | fuqingshishizhuchentianfuzhuangshanghang |
| 43 | DISMISSED | DISMISSED |
| 44 | DISMISSED | DISMISSED |
| 45 | amazon.com/sp?seller=AQXW3LVYK9D5U | guoxiaoxiaojh |
| 46 | amazon.com/sp?seller=AS5B4OI2AU2DQ | GZWEICAN US |
| 47 | amazon.com/sp?seller=A2BJ7A6GF8ILM1 | haikouyibodianzixjeciaoshouyouxiangongsi |
| 48 | DISMISSED | DISMISSED |
| 49 | amazon.com/sp?seller=A11IVED3OLQFXD | Hehaoyang |
| 50 | amazon.com/sp?seller=A2IFAY7GHDJRLZ | Hejiaxin |
| 51 | amazon.com/sp?seller=A1XDV0UXLGEFTD | hexinghong |
| 52 | amazon.com/sp?seller=A2IWCSC5OOZDAW | HeZeJingChenBianMinBaiHuoYouXianGongSi |
| 53 | amazon.com/sp?seller=A3EVU01LVCT9AH | hu tan shang mao |
| 54 | amazon.com/sp?seller=A4CDOS0NULFQ2 | huaduhandedian |
| 55 | amazon.com/sp?seller=A5Q3Z81BSZUK2 | huanglhuangluboubo |
| 56 | amazon.com/sp?seller=AIUE5ZHT2K6XR | huataoAMZ |
| 57 | amazon.com/sp?seller=A1LV3L1I8582WE | Human Cave Decoration |
| 58 | DISMISSED | DISMISSED |
| 59 | amazon.com/sp?seller=A1ZFTX0E0MYFEQ | jinanliaojianglihuazhuanpin |
| 60 | amazon.com/sp?seller=A138QLLL22JX2G | jiujiangbaobeizhimaoyiyouxiangongsi |
| 61 | amazon.com/sp?seller=A1URZFVFQQ5BZF | JiuJiangHongGuZhaoMaoYiYouXianGongSi |
| 62 | amazon.com/sp?seller=A2C27YSGM2I16K | jiujiangsongounamaoyiyouxiangongsi |
| 63 | amazon.com/sp?seller=A1QU139V2X41JQ | JiuJiangYangChaoFenMaoYiYouXianGongSi |
| 64 | amazon.com/sp?seller=A1KSDMZ7B29D8E | Lanpengshangmao |
| 65 | amazon.com/sp?seller=AHL8J5B56SJ8S | lianyinghaibao |
| 66 | amazon.com/sp?seller=A1N4S8NE0AZSYZ | LiDongDongXinXiJiShu |
| 67 | DISMISSED | DISMISSED |
| 68 | amazon.com/sp?seller=A48RFS9N65JCP | lihoransj |
| 69 | amazon.com/sp?seller=A2ZURXDOG4XT2E | linchunhuiriyongpinshangdian |
| 70 | amazon.com/sp?seller=A2XC4S3M87H88O | lingaohexubendianzikejiyouxiangongsi |
| 71 | amazon.com/sp?seller=A28PBY8IV1GAJD | lingluodianzi |

| 72 | amazon.com/sp?seller=A2HV5ONH0TI053 | litesam |
| 73 | amazon.com/sp?seller=A2THUAYPTN298Z | Liudianjin |
| 74 | amazon.com/sp?seller=AVQ21B9XQEF80 | Long Guo5 |
| 75 | amazon.com/sp?seller=A38QHT7LTAROYR | maitengwangluokeji |
| 76 | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED |
| 78 | DISMISSED | DISMISSED |
| 79 | amazon.com/sp?seller=A1W0NFKQSZQSYP | ngqujielijun4maoyiyouxi |
| 80 | amazon.com/sp?seller=A363470PYD792F | Night Light Decorations |
| 81 | DISMISSED | DISMISSED |
| 82 | amazon.com/sp?seller=AUZ0XIC7KUZWV | panyingrui shop |
| 83 | amazon.com/sp?seller=A3PQ50Z67HM7AP | perfecone |
| 84 | DISMISSED | DISMISSED |
| 85 | amazon.com/sp?seller=A13ZJ1XQKF0QUW | POTSHIP |
| 86 | amazon.com/sp?seller=AL2CD9SA6RBIM | putiandanya |
| 87 | amazon.com/sp?seller=A1VB4RYR2Y4AK7 | putianshihanjiangqukeyinxingxinriyongpindian |
| 88 | amazon.com/sp?seller=A352HMGVDUEKOW | putianshilichengququnqunboriyongpindian |
| 89 | amazon.com/sp?seller=A1YQQXCBMRXDOF | qianlimumingriyongpin |
| 90 | amazon.com/sp?seller=A3PWTBA31B0QWQ | QL lamp store |
| 91 | DISMISSED | DISMISSED |
| 92 | amazon.com/sp?seller=A3BWHEXV63WMTT | sanyaxinyuxinshangmaoyouxiangongsi |
| 93 | amazon.com/sp?seller=A284OIFEY4RDDS | sanyayaxishangmaoyouxiangongsi |
| 94 | amazon.com/sp?seller=A1YIWIPNSYLKZA | sdacxznmjykiok |
| 95 | amazon.com/sp?seller=A2XL5XS4W5CEUX | shanxipeihuiyiwangluokejiyouxiangongsi |
| 96 | amazon.com/sp?seller=A2I06RD5GPD2U2 | shanxizhoufangkejiyouxiangongsi |
| 97 | DISMISSED | DISMISSED |
| 98 | amazon.com/sp?seller=A1WOTKHBB0EMTN | shenpengdianzishangwu |
| 99 | amazon.com/sp?seller=A3PV1WMNPZSIVW | shpenbe |
| 100 | amazon.com/sp?seller=A1OUG5TACQZ46K | Shuangchong Direct |
| 101 | amazon.com/sp?seller=A3K84HAV16AUEG | shuangliuquxiangyunianshangmaobu |
| 102 | amazon.com/sp?seller=A2TVVJPWIEA6H7 | Sicily2021 |
| 103 | amazon.com/sp?seller=A2IG7MB2FQJZLA | songqingningdedian |
| 104 | amazon.com/sp?seller=A1NW7125G6HZ72 | songyuanshihaoruikejiyouxiangongs |
| 105 | amazon.com/sp?seller=A26KO4CCDMWBB2 | Star Idoi Store US |
| 106 | amazon.com/sp?seller=A2N7CTKTF2IF2Z | Summaryerstore |
| 107 | amazon.com/sp?seller=A2VR8FZW0Z0HDB | szs-Eur |
| 108 | amazon.com/sp?seller=AC4VUDQYL4TE | TianShufan |
| 109 | amazon.com/sp?seller=A20ZKM829GP0PS | tingtingshopbeauty |
| 110 | DISMISSED | DISMISSED |
| 111 | amazon.com/sp?seller=A17BHVXHGYC8R | Wancy |
| 112 | DISMISSED | DISMISSED |

| 113 | amazon.com/sp?seller=A2VL26X2RO1YMZ | WangUS |
|-----|-------------------------------------|--------|
| 114 | amazon.com/sp?seller=A1BVG53HW3PBLN | wangxiaowei8 |
| 115 | amazon.com/sp?seller=A2Q0JDJ41TCU77 | wangyanjiededian |
| 116 | amazon.com/sp?seller=A2AOY26ESOS2GF | wangyuk |
| 117 | amazon.com/sp?seller=A3B97XSI380D7B | wangzhenbo9 |
| 118 | amazon.com/sp?seller=A3QTYD7TW730J9 | weihongtao |
| 119 | amazon.com/sp?seller=A2ZTLZO0AKYJKU | wenchangshiyanrankejiyouxiangongsi5291 |
| 120 | amazon.com/sp?seller=A36B4A8KFVZXEX | wenchangzhaoruxinwangluokejiyouxiangongsi |
| 121 | amazon.com/sp?seller=AMLADDWMYZ6NH | Wjmhi |
| 122 | amazon.com/sp?seller=A3LJBUKHLWVXQX | wogjoawigjowagjeowjgo666 |
| 123 | amazon.com/sp?seller=A1K96LTR9Z7V27 | WuGuoHaoDSJFKJDJGLKFDSJKGDFL |
| 124 | amazon.com/sp?seller=A3M330DDFX4MFE | xia men Art oil painting |
| 125 | amazon.com/sp?seller=A2T9N3VYTEPTRO | xiamen2020_6 |
| 126 | DISMISSED | DISMISSED |
| 127 | amazon.com/sp?seller=A3913W3ESZKPPW | xiejianguoskdh |
| 128 | amazon.com/sp?seller=AVTYHD7N0MECN | xinghangyan |
| 129 | amazon.com/sp?seller=A2MIB5ZIMVSXSC | XingTaiFengZhanShangMaoYouXianGongSi |
| 130 | amazon.com/sp?seller=A35FFHCNCM5UNO | xuepozeshangmao |
| 131 | amazon.com/sp?seller=A1BYZ2E28BNZFY | yichangbiancaishangmaoyouxiangongsi |
| 132 | DISMISSED | DISMISSED |
| 133 | amazon.com/sp?seller=A26QHQMVBPEYHF | zhancuifeng |
| 134 | amazon.com/sp?seller=A2R052AGKRI1HY | zhangchnegyudedian |
| 135 | amazon.com/sp?seller=A2NHV20DADE03J | zhangdi7 |
| 136 | amazon.com/sp?seller=A354LTBSN7EFSQ | zhangmeibin |
| 137 | amazon.com/sp?seller=A28MBPBV8HSAK7 | ZhangXueDianZiShangWu |
| 138 | amazon.com/sp?seller=A17BXD11KZ2EB8 | zhengkaidong |
| 139 | DISMISSED | DISMISSED |
| 140 | amazon.com/sp?seller=A5JGDY85CP35R | zouchengshiluqiangjianzhulaowuyouxiangongsi |
| 141 | dhgate.com/store/20527053 | art10 Store |
| 142 | dhgate.com/store/21681633 | bestgoodsstore Store |
| 143 | dhgate.com/store/21851376 | clothes_good Store |
| 144 | dhgate.com/store/21815178 | edmki Store |
| 145 | dhgate.com/store/21818142 | Eeqi |
| 146 | dhgate.com/store/21818134 | Eqnr |
| 147 | dhgate.com/store/20267260 | Freemason Gifts Factory Store |
| 148 | dhgate.com/store/21836744 | guan10 Store |
| 149 | dhgate.com/store/21819844 | jwh4 Store |
| 150 | dhgate.com/store/21817844 | L1px |
| 151 | dhgate.com/store/20703224 | misszoe Store |
| 152 | dhgate.com/store/21629522 | shoessupplyer Store |

| 153 | dhgate.com/store/21815018 | sxsx111 Store |
|---|---|---|
| 154 | ebay.com/usr/xiaomieluo | xiaomieluo |
| 155 | walmart.com/seller/101297849 | anqingkuhedianzishangwu |
| 156 | walmart.com/seller/101277308 | Back Modern Times Life |
| 157 | walmart.com/seller/101268903 | deanxianjishuoshangmaoyouxiangongsi |
| 158 | walmart.com/seller/101270550 | Fengfu Co.Ltd |
| 159 | walmart.com/seller/101262075 | Fengpan Trading Co., Ltd |
| 160 | walmart.com/seller/101264095 | gelaosidun |
| 161 | EXCEPTED | EXCEPTED |
| 162 | DISMISSED | DISMISSED |
| 163 | walmart.com/seller/101288225 | kunmingnacijunshangmaoyouxiangongsi |
| 164 | walmart.com/seller/101290253 | longkoushiruyudeshuichufang |
| 165 | walmart.com/seller/101281251 | QIQIHAERSHIXINQIANSHUNDIANZISHANGWU YOUXIANGONGSI |
| 166 | EXCEPTED | EXCEPTED |
| 167 | walmart.com/seller/101270821 | sichuanyundinghaichuangdianzishangwuyouxi angongsi |
| 168 | EXCEPTED | EXCEPTED |
| 169 | EXCEPTED | EXCEPTED |
| 170 | walmart.com/seller/101289853 | wuzhishanzailixishangmao |
| 171 | DISMISSED | DISMISSED |
| 172 | walmart.com/seller/101280273 | YUNCHENGJUNHANDIANZISHANGWUYOUXIA NGONGSI |
| 173 | wish.com/merchant/601fcae5bb7a1390794b bc6d | 028rf |
| 174 | wish.com/merchant/6020fc0671884d37b1c4 6e7d | Bully Breed Company |
| 175 | wish.com/merchant/5de3e34529e78610d1d d6b2c | Calmmmm |
| 176 | wish.com/merchant/5fca714a5f618ff167a01f 3d | ctcvxke shop |
| 177 | wish.com/merchant/602a29d4c99522e04592 151b | erect home furnishing |
| 178 | wish.com/merchant/6179b126753814a699fd 010f | Fitness proxuct |
| 179 | wish.com/merchant/5f376e887fbb26f1dea2a d4d | Funeryio pants |
| 180 | wish.com/merchant/59b6afb4439a98111c1c 4e97 | hdhb7378 |
| 181 | DISMISSED | DISMISSED |
| 182 | wish.com/merchant/602a6c547314d40b038b 553b | INF Tapestry |
| 183 | wish.com/merchant/6048148c30fa4b021a49 8d2b | iriscaicai shop |

| 184 | DISMISSED | DISMISSED |
|---|---|---|
| 185 | DISMISSED | DISMISSED |
| 186 | wish.com/merchant/5d4fa22d1527544714ad5026 | love you 3000 |
| 187 | wish.com/merchant/5e8c288a39b09024d86eab9e | lup8005shop |
| 188 | wish.com/merchant/601c1e59b34276f6c372f0a6 | Mauser |
| 189 | wish.com/merchant/5e23fbfc3a003e3feaadbd6c | nvllll |
| 190 | wish.com/merchant/580b5c292ed2791955678c86 | Top.tt.bo |
| 191 | wish.com/merchant/5dd1381daa4d894c0fd4498f | tPQb0ia3 |
| 192 | wish.com/merchant/5fdf8f5417ba952b191f3881 | treefoptr |
| 193 | wish.com/merchant/602a8dcbfdb2c87acf1554d2 | underrcai throwing |
| 194 | wish.com/merchant/616144d036328e444ee0b662 | wangshimai6180 |
| 195 | wish.com/merchant/5d58d92633f0b43680be9446 | Yiwujingxi |
| 196 | wish.com/merchant/60444aec8c6a521670213828 | yuxiang0738 |
| 197 | wish.com/merchant/60447a813633ef9cf754cbfc | zhaohao9565 |
| 198 | wish.com/merchant/58c3eb6cc92c372cfd269181 | zhichaonanyemen |
| 199 | wish.com/merchant/5e6dd60629e7863262dd6d89 | ZhongwoliedongsWs |
| 200 | wish.com/merchant/601187cb68ee4be2b7020ad5 | zsttttt |